```
            IN THE UNITED STATES BANKRUPTCY COURT
                   NORTHERN DISTRICT OF OHIO
                         EASTERN DIVISION
```

| | | |
|---|---|---|
| In Re: | * | Case No. 17-62453 |
| Kevin Lee Boggs | * | JUDGE RUSS KENDIG |
| Cindy Renee Boggs | * | |
| | • | CHAPTER 13 PROCEEDINGS |
| | • | |
| Debtor(s) | * | MOTION FOR VOLUNTARY |
| | * | DISMISSAL OF CHAPTER |
| | * | 13 BANKRUPTCY |

*************************************************************

The debtor(s), Kevin and Cindy Boggs filed a Chapter 13 Bankruptcy November 3, 2017.

The debtors have had a change in circumstances and therefore, the debtor(s) wishes to voluntarily dismiss this Chapter 13 bankruptcy. Pursuant to 11 U.S.C. 1307(b), the above name debtor(s)voluntarily dismisses the debtor('s)(s') Chapter 13 Bankruptcy by filing this Motion.

/s/Douglas L. Thrush
Attorney Douglas L. Thrush
Bar No. 0009941
13 Park Ave. W., Ste. 314
Mansfield, Ohio 44902
419-522-0004

/s/Kevin Lee Boggs_____
Kevin Lee Boggs


/s/Cindy Renee Boggs_____
Cindy Renee Boggs

1

## CERTIFICATE OF SERVICE

I certify that on June 28, 2018 a true and correct copy of the foregoing Motion was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed in the Court's Electronic Mail Notice List:

Douglas L. Thrush, douglaslt@embarqmail.com

Toby L Rosen - lweir@chapter13canton.com

And by regular U.S. Mail, postage prepaid, on:

Office of the US Trustee, Howard Metzenbaum, US Courthouse, 201 Superior Ave., Cleveland, Ohio 44114.

Mr. & Mrs. Kevin Boggs, 1936 Bowman St. Rd., Mansfield, Ohio 44903.

See Attached List.

/s/Douglas L. Thrush
Douglas L. Thrush 000941
13 Park Ave. W., Ste. 314
Mansfield, Ohio 44902
419-522-0004
douglaslt@embarqmail.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0647-6<br>Case 17-62453-rk<br>Northern District of Ohio<br>Canton<br>Thu Jun 28 11:02:20 EDT 2018 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | United States Bankruptcy Court<br>Ralph Regula U.S. Courthouse<br>401 McKinley Avenue SW<br>Canton, OH 44702-1745 |
| Ashland Foot & Ankle<br>c/o First Federal Credit Control<br>24700 Chargin Blvd<br>Beachwood, OH 44122-5647 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | CACH, LLC its successors and assigns as assi<br>of SpringCastle America Funding Trust<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| CarFinance Capital<br>P.O. Box 3807<br>Coppell, Texas 75019-4354 | Carfinancial<br>PO Box 278401<br>Sacramento, CA 95827-8401 | Citi Cards<br>6716 Grade Lane<br>Bldg. 5, Ste. 910<br>Louisville, KY 40213-3410 |
| Debt Recovery Solutions of Ohio, Inc.<br>P. O. Box 1307<br>Mansfield, OH 44901-1307 | Department Stores National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA 98083-0657 | Directv, LLC<br>by American InfoSource LP as agent<br>PO Box 5008<br>Carol Stream, IL 60197-5008 |
| Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany OH 43054-3025 | Discover Card<br>PO Box 6103<br>Carol Stream, IL 60197-6103 | Ditech Financial<br>2100 E. Elliot Rd. Bldg. 94<br>Tempe, AZ 85284-1806 |
| Ditech Financial LLC<br>2100 East Elliot Rd., Bldg. 94<br>Recovery Dept - T120<br>Tempe, AZ 85284-1806 | First Federal Bank of Ohio<br>140 N. Columbus Street<br>Galion OH 44833-1909 | First Federal of Galion<br>140 N Columbus St<br>Galion, OH 44833-1909 |
| Hempy Water<br>216 W. Main St.<br>Crestline, OH 44827-1431 | Home Depo<br>PO Box 790328<br>Saint Louis, MO 63179-0328 | LVNV Funding, LLC its successors and assigns<br>assignee of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Macy's<br>PO Box 8218<br>Mason, OH 45040-8218 | Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090-2011 | Ohio Edison<br>5001 NASA Blvd<br>Fairmont, WV 26554-8248 |
| (p)OHIO EDISON<br>BANKRUPTCY DEPARTMENT<br>6896 MILLER ROAD<br>BRECKSVILLE OH 44141-3222 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>CF Medical LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Richland County Treasurer<br>50 Park Ave East<br>Mansfield, OH 44902-1895 | SYNCB<br>PO Box 965005<br>Orlando, FL 32896-5005 |

| | | |
|---|---|---|
| Verizon<br>by American InfoSource LP as agent<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | WebCollex LLC<br>c/o JD Receivables LLC<br>PO Box 382656<br>Germantown, TN 38183-2656 | Weltman, Weinberg & Reis<br>965 Keynote Circle<br>Brooklyn Heights, OH 44131-1829 |
| Cindy Renee Boggs<br>1936 Bowman St Rd<br>Mansfield, OH 44903-9706 | Douglas L. Thrush<br>13 Park Avenue W<br>#314<br>Mansfield, OH 44902-1715 | Kevin Lee Boggs<br>1936 Bowman St Rd<br>Mansfield, OH 44903-9706 |
| Toby L. Rosen<br>Toby L. Rosen, Trustee<br>400 W Tuscarawas Street<br>Citizens Bank Bldg. 4th Floor<br>Canton, OH 44702-2044 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank of America<br>PO Box 982238<br>El Paso, TX 79998 | Ohio Edison<br>PO Box 3637<br>Akron, OH 44309 | Portfolio Recovery<br>120 Corporate Blvd.<br>Norfolk, VA 23502 |
| (d)Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)First Federal Bank of Ohio | (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | End of Label Matrix<br>Mailable recipients    36<br>Bypassed recipients     2<br>Total                  38 |