**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically at the time and date indicated, which may be materially different from its entry on the record.**



Dated: 09:48 AM June 29, 2018

Russ Kendig
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | * | Case No. 17-62453 |
| | * | CHAPTER 13 |
| Kevin Lee Boggs | * | JUDGE RUSS KENDIG |
| Cindy Renee Boggs | * | |
| | * | ORDER DISMISSING |
| Debtor(s) | * | CHAPTER 13 BANKRUPTCY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IT IS HEREBY ORDERED that the Chapter 13 Bankruptcy filed by the above debtor(s),

Kevin and Cindy Boggs shall be dismissed.

IT IS SO ORDERED.

###

Approved by:

/s/Douglas L. Thrush
Douglas L. Thrush ( 0009941)
Attorney for Debtors

1

13 Park Ave. W., Ste. 314
Mansfield, Ohio  44902
419-522-0004

A COPY OF THIS ORDER WAS SENT TO THE FOLLOWING:

1. Mr. & Mrs. Kevin Boggs, 1936 Bowman St. Rd., Mansfield, Ohio 44903.
2. Toby L. Rosen, Trustee,
3. United States Trustee,
4. Attorney Douglas L. Thrush
5. To all creditors and parties of Interest, see attached list.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0647-6<br>Case 17-62453-rk<br>Northern District of Ohio<br>Canton<br>Thu Jun 28 11:02:20 EDT 2018 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | United States Bankruptcy Court<br>Ralph Regula U.S. Courthouse<br>401 McKinley Avenue SW<br>Canton, OH 44702-1745 |
| Ashland Foot & Ankle<br>c/o First Federal Credit Control<br>24700 Chargin Blvd<br>Beachwood, OH 44122-5647 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | CACH, LLC its successors and assigns as assi<br>of SpringCastle America Funding Trust<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| CarFinance Capital<br>P.O. Box 3807<br>Coppell, Texas 75019-4354 | Carfinancial<br>PO Box 278401<br>Sacramento, CA 95827-8401 | Citi Cards<br>6716 Grade Lane<br>Bldg. 5, Ste. 910<br>Louisville, KY 40213-3410 |
| Debt Recovery Solutions of Ohio, Inc.<br>P. O. Box 1307<br>Mansfield, OH 44901-1307 | Department Stores National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA 98083-0657 | Directv, LLC<br>by American InfoSource LP as agent<br>PO Box 5008<br>Carol Stream, IL 60197-5008 |
| Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany OH 43054-3025 | Discover Card<br>PO Box 6103<br>Carol Stream, IL 60197-6103 | Ditech Financial<br>2100 E. Elliot Rd. Bldg. 94<br>Tempe, AZ 85284-1806 |
| Ditech Financial LLC<br>2100 East Elliot Rd., Bldg. 94<br>Recovery Dept - T120<br>Tempe, AZ 85284-1806 | First Federal Bank of Ohio<br>140 N. Columbus Street<br>Galion OH 44833-1909 | First Federal of Galion<br>140 N Columbus St<br>Galion, OH 44833-1909 |
| Hempy Water<br>216 W. Main St.<br>Crestline, OH 44827-1431 | Home Depo<br>PO Box 790328<br>Saint Louis, MO 63179-0328 | LVNV Funding, LLC its successors and assigns<br>assignee of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Macy's<br>PO Box 8218<br>Mason, OH 45040-8218 | Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090-2011 | Ohio Edison<br>5001 NASA Blvd<br>Fairmont, WV 26554-8248 |
| (p)OHIO EDISON<br>BANKRUPTCY DEPARTMENT<br>6896 MILLER ROAD<br>BRECKSVILLE OH 44141-3222 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>CF Medical LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Richland County Treasurer<br>50 Park Ave East<br>Mansfield, OH 44902-1895 | SYNCB<br>PO Box 965005<br>Orlando, FL 32896-5005 |

| | | |
|---|---|---|
| Verizon<br>by American InfoSource LP as agent<br>PO Box 248838<br>Oklahoma City, OK  73124-8838 | WebCollex LLC<br>c/o JD Receivables LLC<br>PO Box 382656<br>Germantown, TN 38183-2656 | Weltman, Weinberg & Reis<br>965 Keynote Circle<br>Brooklyn Heights, OH 44131-1829 |
| Cindy Renee Boggs<br>1936 Bowman St Rd<br>Mansfield, OH 44903-9706 | Douglas L. Thrush<br>13 Park Avenue W<br>#314<br>Mansfield, OH 44902-1715 | Kevin Lee Boggs<br>1936 Bowman St Rd<br>Mansfield, OH 44903-9706 |
| Toby L. Rosen<br>Toby L. Rosen, Trustee<br>400 W Tuscarawas Street<br>Citizens Bank Bldg. 4th Floor<br>Canton, OH 44702-2044 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank of America<br>PO Box 982238<br>El Paso, TX 79998 | Ohio Edison<br>PO Box 3637<br>Akron, OH 44309 | Portfolio Recovery<br>120 Corporate Blvd.<br>Norfolk, VA 23502 |
| (d)Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)First Federal Bank of Ohio | (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | End of Label Matrix<br>Mailable recipients    36<br>Bypassed recipients     2<br>Total                  38 |